UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                     )     Case No. 21-10533 (AIH)
                                           )
ROSEMARY BONACCI,                          )     Chapter 7
                                           )
            Debtor.                        )     Judge:  ARTHUR I. HARRIS

**NOTICE OF HEARING ON MOTION OF TRUSTEE FOR ORDER DIRECTING
THE DEBTOR, ROSEMARY BONACCI, TO TURN OVER FUNDS AND DOCUMENTS**

**To the Debtor and All Parties Requesting Notice:**

The Trustee has filed papers with the Court requesting an Order directing the Debtor to turn over funds and documents representing property of the bankruptcy estate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then on or before **September 7, 2021**, you must:

1. File with the court a written response or answer to the motion, explaining your position, at:

   Clerk, U.S. Bankruptcy Court
   H.M. Metzenbaum U.S. Courthouse
   201 Superior Avenue
   Cleveland, OH  44114

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive it** on or before the date stated above.

2. You must also mail a copy to:

   Robert D. Barr                          Office of the United States Trustee
   Chapter 7 Trustee                       H.M. Metzenbaum U.S. Courthouse
   1111 Superior Ave. East, Suite 2500     201 Superior Avenue, East, Room 441
   Cleveland, OH 44114                     Cleveland, OH 44114

3. Attend the hearing on the motion to be held on **September 14, 2021 at 10:00 A.M.**, in Courtroom 1A, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114. The hearing may be conducted by telephone. *See* **Notice of Telephonic Hearing Procedures for Judge Arthur I. Harris dated March 25, 2020.**

If you do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without a hearing.

Date: July 30, 2021 /s/ Robert D. Barr
Robert D. Barr, Trustee
1111 Superior Avenue East, Suite 2500
Cleveland, Ohio 44113-1902
Phone: (216) 744-2739
Fax: (216) 916-4369
Email: barr-trustee@koehler.law

2

# CERTIFICATE OF SERVICE

I certify that on July 30, 2021, a true and correct copy of foregoing Notice of Hearing on Motion for Turnover of Funds and Documents was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Robert D. Barr, Trustee, at barr-trustee@koehler.law

William C. Behrens, Attorney for the Debtor, at wmcbehrens@gmail.com

Austin B. Barnes, III, Attorney for Creditor U.S. Bank National Association, as Trustee, at abarnes@sandhu-law.com

United States Trustee at (registered address)@usdoj.gov

**And via regular U.S. mail upon the following parties:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Rosemary Bonacci
11930 Clark Road
Chardon, OH 44024

            /s/ Robert D. Barr
            Robert D. Barr, Trustee