Certificate Number: 12433-OHN-DE-035996460

Bankruptcy Case Number: 21-10533


12433-OHN-DE-035996460

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2021, at 3:26 o'clock PM EDT, Rosemary A. Bonacci completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: September 16, 2021

By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher